[No. 7058-1-III.   Division Three.   June 5, 1986.]

*In the Matter of* R. M.

CARMEN M., *Appellant,* v. CATHOLIC FAMILY AND CHILD SERVICE, *Respondent.*

Appeal from a judgment of the Superior Court for Douglas County, No. J–1550, Charles W. Cone, J., entered March 18, 1985. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 7929-1-II.   Division Two.   June 9, 1986.]

DAVID J. MASKULE, *as Personal Representative, Appellant,* v. GROUP HEALTH COOPERATIVE OF PUGET SOUND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-00496-4, Thomas R. Sauriol, J., entered June 22, 1984. *Affirmed as modified* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 7454-1-II.   Division Two.   June 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WADE MONTE ABBOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00061-9, James D. Roper, J., entered November 23, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.